

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00908-CV

Luis Alfonso Lara **RODRIGUEZ**, Judith A. Gomez, and All Other Occupants,
Appellants

v.

Marina **SANCHEZ**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023CV05198
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: April 10, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief was due on February 15, 2024, and was not filed. On February 29, 2024, we ordered appellants to file their brief and a written explanation for their failure to timely file the brief by March 15, 2024. In our order, we cautioned appellants that if they failed to timely file the brief and written response, we would dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); *see also* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

Appellants did not file their brief or otherwise respond to our order. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).


PER CURIAM